FILED

JAN 03 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| JOSEPH BINKOSKI,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 16-128-BLG-SPW-TJC<br><br><br><br>ORDER OF DISMISSAL |

Upon consideration of the parties' Joint Stipulation for Dismissal (Doc. 22),

IT IS HEREBY ORDERED that all claims of the plaintiff, Joseph Binkoski, against the defendant United States of America, are dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

DATED this 3rd of January, 2018.

SUSAN P. WATTERS
United States District Judge